IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DINEH BENALLY,**

      **Plaintiff,**

**v.**                             **No. CIV 13-0900 LAM/RHS**

**ACTING NAVAJO REGIONAL
DIRECTOR, BUREAU OF INDIAN
AFFAIRS, INDIVIDUALLY AND
IN HIS CAPACITY AS DIRECTOR,**

      **Defendant.**

# ORDER SETTING DEADLINE FOR SERVICE

      **THIS MATTER** is before the Court *sua sponte*. On January 29, 2014, the Court ordered Plaintiff to either effect service on Defendant or show good cause why service has not been made. [*Doc. 5*]. The Court found that Plaintiff's response to the Order to Show Cause was adequate to show good cause why he has not yet served Defendant. *See* [*Doc. 7*]. Pursuant to Fed. R. Civ. P. 4(m), if a plaintiff shows good cause why a defendant has not been served within 120 days after the complaint is filed, "the court must extend the time for service for an appropriate period." The Court, therefore, will order Plaintiff to serve Defendant **within thirty (30) days of entry of this Order**. The Court directs Plaintiff to follow the appropriate federal and local rules regarding service, and to refer to the Court's Guide for Pro Se Litigants, which provides guidance regarding service of process, and is available on the Court's website and from the clerk's office.

      **IT IS THEREFORE ORDERED** that Plaintiff must effect service on Defendant on or **within thirty (30) days of entry of this Order**.

      **IT IS SO ORDERED.**

                                               _____
                                               **LOURDES A. MARTÍNEZ**
                                               **UNITED STATES MAGISTRATE JUDGE**