IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DINEH BENALLY,

    Plaintiff,

v.                                                                                     No. Civ. 13-900 WJ/SCY

ACTING NAVAJO REGIONAL DIRECTOR,
BUREAU OF INDIAN AFFAIRS,
*Individually and in his capacity as Director*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Steven C. Yarbrough's September 12, 2016 Proposed Findings and Recommended Disposition ("PFRD") advising that the Court affirm the Interior Board of Indian Appeals' (IBIA) decision upholding the cancellation of a business lease agreement between Plaintiff Dineh Benally and the Navajo Nation. ECF No. 47. The parties have not filed objections to the PFRD, thereby waiving their rights to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059-60 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

    **IT IS THEREFORE ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (ECF No. 47) is **ADOPTED**.

2. The decision of the IBIA is affirmed and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE